Heather H. Jobe
Texas Bar No. 24048825
Ross A. Williams
Texas Bar No. 24066296
BELL NUNNALLY & MARTIN LLP
3232 McKinney Avenue, Suite 1400
Dallas, TX  75204
Telephone:  214.740.1400
Facsimile:  214.740.1499
heatherj@bellnunnally.com
rossw@bellnunnally.com

ATTORNEYS FOR
STANFORD FEDERAL CREDIT UNION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUNSTAR HOSPITALITY, LLC | § | Case No. 14-31891-sgj11 |
| | § | |
| | § | Chapter 11 |

### WITNESS AND EXHIBIT LIST

In compliance with L.B.R. 9014-1(c), STANFORD FEDERAL CREDIT UNION ("Stanford"), a creditor and party-in-interest, hereby files this Witness and Exhibit List to be used in connection with the hearing scheduled on Stanford's Motion for Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code filed in the above referenced matter set for July 29, 2014, at 1:30 p.m. (the "Hearing").

Stanford may call the following witnesses and offer the following exhibits:

### LIST OF WITNESSES

Stanford files the following list of witnesses reasonably anticipated to be called related to the Hearing.  Stanford reserves the right to amend and/or modify this list, and further reserves the right to call witnesses not listed below for rebuttal or impeachment purposes.

1. Brian Thornton

2. Art Singer

3. Paul Ghotra

4. JB Singh

5. Any witnesses offered or designated by any other party.

## EXHIBIT LIST

Stanford designates the following exhibits for the Hearing.  Stanford reserves the right to amend and/or supplement this list and re-order the exhibits set forth herein.  In addition, Stanford may offer additional exhibits for cross-examination, rebuttal, and/or impeachment purposes.  Stanford may not offer all of the exhibits on the following list, and some exhibits may be offered only for rebuttal or impeachment purposes.  In addition, Stanford reserves the right to offer into evidence any exhibit listed by any other party on its exhibit list.

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 1. | Agreement for Construction Loan by and between Sunstar and Community South Bank ("CSB") dated February 20, 2008 | | | |
| 2. | Loan Agreement by and between Sunstar and Community South Bank ("CSB") dated February 20, 2008 | | | |
| 3. | Promissory Note by and between Sunstar and Community South Bank ("CSB") dated February 20, 2008 | | | |
| 4. | Commercial Security Agreement wherein Sunstar is the Grantor and CSB is the Lender dated February 20, 2008 | | | |
| 5. | Deed of Trust wherein Sunstar is the Grantor and CSB is the Beneficiary dated February 20, 2008 | | | |
| 6. | Assignment of Rents wherein Sunstar is the Grantor and CSB is the Beneficiary dated February 20, 2008 | | | |
| 7. | Assignment of Loans and Loan Participation Agreements from the FDIC, as receiver of CSB to Stanford dated January 31, 2014 | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 8. | Assignment of Mortgage or Deed of Trust assigning the Deed of Trust (found at Exhibit No. 5) from CSB to the FDIC and then to Stanford dated January 31, 2014 | | | |
| 9. | Assignment of Assignment of Rents or Assignment of Leases and Rents assigning the Assignment of Rents (found at Exhibit No. 6) from CSB to the FDIC and then to Stanford dated January 31, 2014 | | | |
| 10. | UCC Financing Statement (Number 08-0005911266), Assignment to the SBA (Number 08-00327630), Continuation (Number 12-00383868), Party Information Change (Number 14-00226586), Assignment to Stanford Federal Credit Union (Number 14-00231893), UCC Financing Statement (Number 14-0007017262), and Texas Secretary of State Summary Page | | | |
| 11. | Amended Chapter 11 Plan and Order confirming same with Exhibits (Case No. 10-33768) | | | |
| 12. | Statement Reflecting Outstanding Balance on Loan | | | |
| 13. | Debtor's Schedules and Statement of Financial Affairs (Case No. 10-33768) | | | |
| 14. | Debtor's Schedules and Statement of Financial Affairs (Case No. 14-31891) | | | |
| 15. | Delinquent Tax Statement and Proof of Claim filed by Dallas County on April 23, 2014 | | | |
| 16. | Appraisal of property dated December 19, 2013 completed for the FDIC | | | |
| 17. | Debtor's proposed budgets (June-August 2014) (Case No. 14-31891) | | | |
| 18. | Debtor's proposed Disclosure Statement and Proposed Plan of Reorganization with Exhibits filed July 24, 2014 (Case No. 14-31891) | | | |

Dated: July 24, 2014                                Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Heather H. Jobe
    Heather H. Jobe
    Texas Bar No. 24048825
    Ross A. Williams
    Texas Bar No. 24066296

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429
(214) 740-1400 Telephone
(214) 740-1421 Facsimile

**ATTORNEYS FOR STANFORD FEDERAL CREDIT UNION**

Case 14-31891-sgj11 Doc 82 Filed 07/24/14    Entered 07/24/14 17:56:23    Page 5 of 5

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Witness and Exhibit List was served to those parties listed below via electronic submission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division, on the 24 of July, 2014.[1]

Arthur Ungerman
Law Office of Arthur Ungerman
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231

/s/ Heather H. Jobe
Heather H. Jobe

1743526_1.DOC / 9349.1

---

[1] Stanford has also provided a copy of the foregoing exhibits to counsel for the Debtor, Mr. Ungerman. Stanford will provide a copy of the exhibits to any party-in-interest upon written request to counsel for Stanford.

**WITNESS AND EXHIBIT LIST**                                                                 **PAGE 5**